RONALD W. BEALS, Chief Counsel
JEANNE SCHERER, Deputy Chief Counsel
DOUGLAS L. JOHNSON, Assistant Chief Counsel
BRUCE D. McGAGIN, Attorney Bar No. 170146
PETER WINSLOW, Attorney Bar No. 085345
peter_winslow@dot.ca.gov
1120 N Street (MS 57) P.O. Box 1438
Sacramento, California 95812-1438
Telephone: (916) 654-2630
Facsimile: (916) 654-6128

Attorneys for Defendant,
State of California, Department of Transportation

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| MAGEELA DIXON, an Individual ) | **CASE NO. 1:13-CV-00244-AWI-GSA** |
| ) | |
| ) | **STIPULATION FOR DISMISSAL and** |
| Plaintiffs. ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| THE STATE OF CALIFORNIA, a ) | |
| government entity; STATE OF CALIFORNIA ) | |
| DEPARTMENT OF TRANSPORTATION ) | |
| a/k/a CALTRANS, a government entity; ) | |
| NATIONAL RAILROAD PASSENGER ) | |
| CORPORATION a/k/a AMTRAK, a ) | |
| corporation; BARBARA ANN NEU, an ) | |
| individual; BNSF, a corporation; YOUNG'S ) | |
| COMMERCIAL TRANSFER, INC., a ) | |
| corporation; JIMENEZ TRUCKING, a ) | |
| corporation; RIGOBERTO FERNANDEZ ) | |
| JIMENEZ, an Individual; and DOES 1 through ) | |
| 100, Inclusive, ) | |
| ) | |
| DEFENDANTS. ) | |
| _____ ) | |

/ / /

/ / /

/ / /

**STIPULATION FOR DISMISSAL:**

It is stipulated by the parties to the above-entitled action, by their respective attorneys of record, that the action be dismissed as to Defendant State of California, Department of Transportation, and without prejudice to either party and that an order to that effect accordingly may be made and entered without further notice.

Respectfully submitted,

THE VARTAZARIAN LAW FIRM

Dated: _____        By: _____
                                  Erol D. Ari
                                  Attorney for Plaintiff, Mageela Dixon

Dated: _____        By: _____
                                  Peter K. Winslow
                                  Attorneys for Defendant State of California
                                  by and through the Department of Transportation

**ORDER:**

It is now ordered that the above-entitled action is dismissed as to Defendant State of California, Department of Transportation, without prejudice to either party.

IT IS SO ORDERED.

Dated: __July 19, 2013__

_____

SENIOR  DISTRICT  JUDGE

STIPULATION FOR DISMISSAL and [PROPOSED] ORDER