1  RONALD W. BEALS, Chief Counsel
   JEANNE SCHERER, Deputy Chief Counsel
2  DOUGLAS L. JOHNSON, Assistant Chief Counsel
   BRUCE D. McGAGIN, Attorney Bar No. 170146
3  PETER WINSLOW, Attorney Bar No. 085345
   peter_winslow@dot.ca.gov
4  1120 N Street (MS 57) P.O. Box 1438
   Sacramento, California 95812-1438
5  Telephone: (916) 654-2630
   Facsimile: (916) 654-6128

6

7  Attorneys for Defendant,
   State of California, Department of Transportation

8
           **UNITED STATES DISTRICT COURT**
9
      **EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**
10

11

12 | MAGEELA DIXON, an Individual | ) | **CASE NO. 1:13-CV-00244-AWI-GSA** |
   | | ) | |
13 | Plaintiffs. | ) | **STIPULATION FOR DISMISSAL and ORDER** |
   | | ) | |
14 | vs. | ) | |
   | THE STATE OF CALIFORNIA, a | ) | |
15 | government entity; STATE OF CALIFORNIA | ) | |
   | DEPARTMENT OF TRANSPORTATION | ) | |
16 | a/k/a CALTRANS, a government entity; | ) | |
17 | NATIONAL RAILROAD PASSENGER | ) | |
   | CORPORATION a/k/a AMTRAK, a | ) | |
18 | corporation; BARBARA ANN NEU, an | ) | |
   | individual; BNSF, a corporation; YOUNG'S | ) | |
19 | COMMERCIAL TRANSFER, INC., a | ) | |
20 | corporation; JIMENEZ TRUCKING, a | ) | |
   | corporation; RIGOBERTO FERNANDEZ | ) | |
21 | JIMENEZ, an Individual; and DOES 1 through | ) | |
22 | 100, Inclusive, | ) | |
   | | ) | |
23 | DEFENDANTS. | ) | |
   | | ) | |
24

25

26 / / /

27 / / /

   / / /
28

-1-
STIPULATION FOR DISMISSAL and [PROPOSED] ORDER

**STIPULATION FOR DISMISSAL:**

It is stipulated by the parties to the above-entitled action, by their respective attorneys of record, that the action be dismissed as to Defendant State of California, Department of Transportation, and without prejudice to either party and that an order to that effect accordingly may be made and entered without further notice.

Respectfully submitted,

THE VARTAZARIAN LAW FIRM

Dated: _____    By: _____
                               Erol D. Ari
                               Attorney for Plaintiff, Mageela Dixon

Dated: _____    By: _____
                               Peter K. Winslow
                               Attorneys for Defendant State of California
                               by and through the Department of Transportation

**ORDER:**

It is now ordered that the above-entitled action is dismissed as to Defendant State of California, Department of Transportation, without prejudice to either party.

IT IS SO ORDERED.

Dated:   July 19, 2013                          _____
                                                                SENIOR  DISTRICT  JUDGE

STIPULATION FOR DISMISSAL and [PROPOSED] ORDER