MICHAEL B. IJAMS (Bar No. 084150)
JEENI R. CASEY (Bar No. 258904)
**CURTIS LEGAL GROUP**
A Professional Law Corporation
1300 K Street, Second Floor (95354)
P.O. Box 3030
Modesto, CA 95353
(209) 521-1800; (209) 572-3501 FAX
jcasey@curtislegalgroup.com

Attorneys for Defendants/Cross-Defendants/Cross-Claimant
RIGOBERTO FERNANDEZ JIMENEZ, individually and dba
JIMENEZ TRUCKING, and YOUNG'S COMMERCIAL TRANSFER, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGEELA DIXON, an individual, | No. 1:13-CV-00244-AWI-GSA |
| Plaintiff, | **STIPULATION TO VACATE SCHEDULING ORDER, AND ORDER THEREON** |
| v. | |
| THE STATE OF CALIFORNIA, a government entity; STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION a/k/a CALTRANS, a government entity; NATIONAL RAILROAD PASSENGER CORPORATION a/k/a AMTRAK, a corporation; BARBARA ANN NEU, an individual; BNSF, a corporation; YOUNG'S COMMERCIAL TRANSFER, INC., a corporation; JIMENEZ TRUCKING, a corporation; RIGOBERTO FERNANDEZ JIMENEZ, an individual; and DOES 1 through 100, inclusive, | Complaint Filed:  9/28/12 |
| Defendants.                                            / | |
| NATIONAL RAILROAD PASSENGER CORPORATION, BNSF RAILWAY COMPANY and BARBARA ANN NEU, | |
| Cross-Complainants, | |
| v. | |
| YOUNG'S COMMERCIAL TRANSFER, INC., a corporation, JIMENEZ TRUCKING, a corporation, and RIGOBERTO JIMENEZ, | |
| Cross-Defendants.                                      / | |

STIPULATION TO VACATE SCHEDULING ORDER, AND ORDER THEREON                                                1

RIGOBERTO JIMENEZ, individually, and dba
JIMENEZ TRUCKING,

    Cross-Claimant,

v.

NATIONAL RAILROAD PASSENGER
CORPORATION a/k/a AMTRAK, a
corporation; BARBARA ANN NEU, an
individual; and DOES 101 through 200,
inclusive,

    Cross-Defendants.
_____/

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the Scheduling Order, filed June 13, 2013, docket number 18, setting Pretrial Conference on September 11, 2014 and Trial on November 4, 2014 shall be vacated.

It is further stipulated that this stipulation may be executed in counterparts with facsimile and scanned/e-mailed signatures sufficient for presentation, approval and filing by the Court.

                           MICHAEL H. SILVERS, A LAW CORPORATION

Dated: 12/12/13        By                /s/ Michael H. Silvers
                                     MICHAEL H. SILVERS
                               Attorneys for Plaintiff MAGEELA DIXON

                             THE VARTAZARIAN LAW FIRM

Dated: 12/12/13        By                /s/ Erol D. Ari
                                     EROL D. ARI
                               Attorneys for Plaintiff MAGEELA DIXON

                             LOMBARDI, LOPER & CONANT, LLP

Dated: 12-10-2013      By                /s/ Jan M. Roos
                                     B. CLYDE HUTCHINSON
                                   JAN M. ROOS
                             Attorneys for Attorneys for Defendants/Cross-Complainants/Cross-Defendants
                             NATIONAL RAILROAD PASSENGER

CORPORATION aka AMTRAK, BNSF RAILWAY COMPANY and BARBARA ANN NEU

CURTIS LEGAL GROUP
A Professional Law Corporation

Dated: 12/12/13          By           /s/ Jeeni R. Casey
                              JEENI R. CASEY
Attorneys for Defendants/Cross-Defendants/Cross-Claimant RIGOBERTO FERNANDEZ JIMENEZ, INDIVIDUALLY AND DBA JIMENEZ TRUCKING, AND YOUNG'S COMMERCIAL TRANSFER, INC.

**ORDER**

Pursuant to the above stipulation of the parties, the Scheduling Order issued on June 13, 2013 (Doc. 18) is vacated in its entirety.

IT IS SO ORDERED.

Dated:   **December 18, 2013**            **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION TO VACATE SCHEDULING ORDER, AND ORDER THEREON                    3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28