# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGEELA DIXON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA; NATIONAL RAILROAD PASSENGER CORPORATION; BARBARA ANN NEU; BNSF RAILWAY CORPORATION; YOUNG'S COMMERCIAL TRANSFER, INC.; JIMENEZ TRUCKING; RIGOBERTO FERNANDEZ JIMENEZ; STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION.<br><br>　　　　　Defendants. | No. 1:12-cv-244-AWI-GSA<br><br>**ORDER TO SHOW CAUSE** |

　　　On December 6, 2013, a status conference was held in this case. At that time, Counsel were ordered to appear for a follow-up status conference on March 26, 2014 at 10:00 before the undersigned. (Doc. 32). The Court also required that a joint status report be filed one week prior to the conference. (Doc. 32).

　　　The status conference was held by this Court on March 26, 2014 as scheduled, however, Plaintiff's counsel failed to appear. Additionally, Plaintiff's counsel did not participate in the

1

preparation of the joint status report.  Accordingly, the Court orders Plaintiff's counsel to show cause why sanctions should not be imposed, including, but not limited to, dismissal of this case for failure to comply with this Court's orders, as well as for a failure to prosecute.

**ORDER**

Accordingly, no later than **April 17, 2014**, Plaintiff's counsel is **ORDERED** to file a response to this order to show cause.  In the response, Plaintiff's counsel shall explain why counsel has failed to comply with this Court's orders.  Plaintiff's counsel is cautioned that a failure to file a timely response to this Order to Show Cause may result in monetary sanctions and the dismissal of this action.

IT IS SO ORDERED.

  Dated:   **March 26, 2014**                          /s/ Gary S. Austin
                                                       UNITED STATES MAGISTRATE JUDGE